IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ABRAHAM GRANT, ADC #128147                                                              PETITIONER

v.                                      NO. 5:11CV00193 JLH

RAY HOBBS, Director,
Arkansas Department of Correction                                                        RESPONDENT

## ORDER

    Abraham Grant has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. United States Magistrate Judge Beth Deere has submitted proposed findings and recommended disposition in which she recommends that the Court dismiss Grant's petition for writ of habeas corpus without prejudice for lack of jurisdiction because this is a second or successive petition and Grant has not sought or received authorization from the United States Court of Appeals for the Eighth Circuit to file a second or successive habeas petition. No objections have been filed. After careful review, the proposed findings and recommended disposition are adopted as the findings and disposition of this Court in all respects. Grant's petition for writ of habeas corpus is dismissed without prejudice for lack of jurisdiction. No certificate of appealability will be issued.

    IT IS SO ORDERED this 15th day of September, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE