## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

ABRAHAM GRANT, ADC #128147                                                      PETITIONER

v.                                     NO. 5:11CV00193 JLH

RAY HOBBS, Director,
Arkansas Department of Correction                                               RESPONDENT

## JUDGMENT

Pursuant to the Order entered separately today, the habeas corpus petition of Abraham Grant is dismissed without prejudice for lack of jurisdiction. No certificate of appealability will be issued.

IT IS SO ORDERED this 15th day of September, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE